UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND SAFETY FUNDS,

Plaintiffs,

-against-

INTERCOUNTY PAVING ASSOCIATES OF NEW YORK, LLC.,

Defendant.

20 CV 116 (KAM) (SJB)

**CONSENT JUDGMENT**

With the consent of all Plaintiffs, and with the consent of Defendant Intercounty Paving Associates of New York, LLC., the Court hereby renders judgment as follows:

1. Judgment is rendered in favor of Plaintiffs Trustees of the Pavers and Road Builders District Council Welfare, Pension, Annuity and Apprenticeship, Skill Improvement and Safety Funds ("Plaintiffs"), and against Defendant Intercounty Paving Associates of New York, LLC, in the amount of $187,008.80, consisting of delinquent contributions in the amount of $131,154 for Covered Work performed January 2019 through August 2019; interest thereon of $19,759.96; union assessments and dues check-offs for January 2019 through August 2019 of $12,033.23; liquidated damages in the amount of $13,115.40; audit fees in the amount of $2,790; and attorneys' fees and costs in the amount of $8,156.21;

2. This Court expressly finds that there is no just reason for delay, and expressly directs the entry of final judgment.

4. This Court retains jurisdiction solely to enforce compliance with the terms of this Consent Judgment.

The undersigned parties stipulate to and request entry of this Consent Judgment.

| | |
|---|---|
| TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND SAFETY FUNDS<br><br>By: *[signature]*<br>Name: KEITH T. LASCALZO<br>Title: TRUSTEE | INTERCOUNTY PAVING ASSOCIATES OF NEW YORK, LLC.<br><br>By: *Richard B. Ziskin*<br>Name: Richard B. Ziskin<br>Title: Counsel |

IT IS SO ORDERED this __19th__ day of __January__, 2021.

Kiyo A. Matsumoto, USDJ
**KIYO A. MATSUMOTO**
**UNITED STATES DISTRICT JUDGE**

2